Kevin BUCKNER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99170.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 17, 2013.

Roxanna Allen Mason, St. Louis, MO, for appellant.

Daniel McPherson, Jefferson City, MO, for Respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Defendant Kevin Buckner appeals the judgment entered on September 17, 2012, in the Circuit Court of the City of Saint Louis denying his Rule 29.15 motion for post-conviction relief. We affirm.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only,

setting forth the reasons for this order pursuant to Rule 84.16(b).